**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ELEANOR M. CHERPAK | Case No. 23-10409JCM |
| Debtor(s) | |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | Chapter 13 |
| Movant | Document No __ |
| vs. | |
| TENDTO CREDIT UNION | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

Vehicle Totaled

| | |
|---|---|
| TENDTO CREDIT UNION<br>C/O PAYMENT SOLUTIONS MANAGER<br>1915 EAST 36TH ST<br>ERIE, PA 16510 | Court claim# 4/Trustee CID# 2 |

The Movant further certifies that on 04/30/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>ELEANOR M. CHERPAK, 1147 W 23RD STREET, ERIE, PA  16502 | DEBTOR'S COUNSEL:<br>REBEKA A SEELINGER ESQ, 4640 WOLF RD, ERIE, PA  16505 |
| ORIGINAL CREDITOR'S COUNSEL:<br>MACDONALD ILLIG JONES ET AL, 100 STATE ST STE 700, ERIE, PA  16507-1498 | ORIGINAL CREDITOR:<br>TENDTO CREDIT UNION, C/O PAYMENT SOLUTIONS MANAGER, 1915 EAST 36TH ST, ERIE, PA  16510 |
| NEW CREDITOR: | |