FORM JCM 13-3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

                                                         Case No. 23-10409 JCM

**Eleanor M. Cherpak**
       **Debtor**

                                                      **Chapter 13**
_____

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by: Debtor

❑    a motion to lift stay
      as to creditor  _____

❑    Other:  _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated August 8, 2023
❑ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in

[04/22]                                      -1-

FORM JCM 13-3

payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑   Debtor(s) shall file and serve _____ on or before _____.

❑   If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑   If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒   **Other:** The Debtor will surrender her interest in the 2017 Hyundai Elantra which was totaled in a car accident.

The Debtor will continue to make payments of $1408 starting in May 2025 with zero arrears.

Courts Claim #4 was paid by insurance, and the Trustee will close out this claim. All prior payments were proper and are ratified.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

FORM JCM 13-3

**SO ORDERED**, this <u>16th</u> day of <u>   May   </u>, 202<u>5</u>

Dated: <u> May 16, 2025 </u>

<u>         dak         </u>
The Honorable John C. Melaragno
United States Bankruptcy Court

SIGNED
5/16/25 8:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/Rebeka A. Seelinger
Counsel to Debtor

Stipulated by:

/s/ James C. Warmbrodt
Counsel to Chapter 13 Trustee

cc:  All Parties in Interest to be served by Clerk

[04/22]                                             -3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 23-10409-JCM

Eleanor M. Cherpak     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 2

Date Rcvd: May 16, 2025     Form ID: pdf900     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eleanor M. Cherpak, 1147 W 23rd Street, Erie, PA 16502-2332 |
| cr | + | Tendto Credit Union, 1915 East 36th Street, Erie, PA 16510-2663 |
| 15626530 | + | Helix Op Co LLC, Attention 6782, PO Box 3484, Toledo, OH 43607-0484 |
| 15632657 | + | Tendto Credit Union, Carol F. Layton, Payment Solutions Manager, 1915 East 36th Street, Erie, PA 16510-2663 |
| 15626534 | + | Tendto Credit Union, 1129 State St, Erie, PA 16501-1911 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15626524 | ^ | MEBN | May 17 2025 00:10:39 | Allegheny Health Network, PO Box 645904, Pittsburgh, PA 15264-5257 |
| 15626525 | | Email/Text: EBN@brockandscott.com | May 17 2025 00:20:00 | Brock & Scott PLLC, 2011 Renaissance Blvd, Suite 100, King of Prussia, PA 19406 |
| 15626526 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2025 00:36:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15634941 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2025 00:38:20 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15626527 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 17 2025 00:20:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15628164 | | Email/Text: mrdiscen@discover.com | May 17 2025 00:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15626528 | + | Email/Text: mrdiscen@discover.com | May 17 2025 00:20:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15644589 | | Email/Text: Bankruptcy@Freedommortgage.com | May 17 2025 00:20:00 | Freedom Mortgage / Attn: Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15626529 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 17 2025 00:20:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15626531 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 17 2025 00:20:00 | Internal Revenue Service, PO Box 21125, Philadelphia, PA 19114 |
| 15626532 | | Email/Text: Bkynotices@lendingpoint.com | May 17 2025 00:20:00 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144 |
| 15627349 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2025 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15645203 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2025 00:20:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2025 | Form ID: pdf900 | Total Noticed: 20 |

| 15647842 | Email/Text: bnc-quantum@quantum3group.com | | |
|---|---|---|---|
| | | May 17 2025 00:20:00 | Quantum3 Group, LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15626533 | Email/Text: amieg@stcol.com | | |
| | | May 17 2025 00:20:00 | State Collection Service Inc, 2509 S Stoughton Rd, PO Box 6250, Madison, WI 53716 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Nicholas R. Pagliari | on behalf of Creditor Tendto Credit Union npagliari@mijb.com sburick@mijb.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Eleanor M. Cherpak rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6