UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-10409(JCM) |
| | : | |
| ELEANOR M. CHERPAK, | : | |
| Debtor. | : | |
| | : | CHAPTER 13 |
| | : | |
| TENDTO CREDIT UNION, | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | JUDGE MELARAGNO |
| | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:
    Creditor Name:  Tendto Credit Union
    Incorrect Address:  1915 East 36th Street, Erie, PA  16510

Corrected Address:

    Creditor Name:  Tendto Credit Union
    Correct Address:  1129 State Street, Erie, PA 16501

                      Respectfully submitted,

EXECUTED ON: October 10, 2025

                      */s/ Nicholas R. Pagliari*
                      Nicholas R. Pagliari
                      PA Supreme Court ID No. 87877
                      MacDONALD, ILLIG, JONES & BRITTON LLP
                      100 State Street, Suite 700
                      Erie, Pennsylvania 16507-1459
                      Tel: (814) 870-7754
                      Fax: (814) 454-4647
                      Email: npagliari@mijb.com

                      Attorneys for Tendto Credit Union

#4928-2704-2929