# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | Bankruptcy Case No. 23-10409-JCM |
| | : | Chapter 13 |
| **Eleanor M. Cherpak** | : | |
| *Debtor* | : | |
| | : | Related to Claim No. 6 |
| | : | |
| **Freedom Mortgage Corporation** | : | |
| *Movant* | : | |
| | : | |
| V. | : | Document No. |
| | : | |
| **Eleanor M. Cherpak** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## DECLARATION

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Freedom Mortgage Corporation at Claim No. 6** in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely $867.77 effective 12/1/2025.

Dated: November 2, 2025

　　　　　　　　　　　　　　　　　　　　　/s/ Rebeka A. Seelinger
　　　　　　　　　　　　　　　　　　　　Rebeka A. Seelinger, Esquire
　　　　　　　　　　　　　　　　　　　　Pa. I.D. #93897
　　　　　　　　　　　　　　　　　　　　4640 Wolf Rd
　　　　　　　　　　　　　　　　　　　　Erie, PA 16505
　　　　　　　　　　　　　　　　　　　　(814)-824-6670
　　　　　　　　　　　　　　　　　　　　rebeka@seelingerlaw.com