**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 23-10409-JCM** |
| | : | **Chapter 13** |
| **Eleanor M. Cherpak** | : | |
| ***Debtor*** | : | |
| | : | **Related to Claim No. 6** |
| | : | |
| **Freedom Mortgage Corporation** | : | |
| ***Movant*** | : | |
| | : | |
| **V.** | : | **Document No.** |
| | : | |
| **Eleanor M. Cherpak** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| ***Respondents*** | : | |

## DECLARATION

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Freedom Mortgage Corporation at Claim No. 6** in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely $807.27 effective 12/1/2026.

Dated: October 26, 2026

/s/ Rebeka A. Seelinger______

Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
rebeka@seelingerlaw.com